UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE CATHY A. BENCIVENGO TO MAGISTRATE JUDGE WILLIAM GALLO<br><br>v. | Civil No.   TRANSFER ORDER |

IT IS HEREBY ORDERED that the following listed cases are transferred from the calendar of the Honorable Cathy Ann Bencivengo to the calendar of the Honorable William Gallo for all further proceedings. All conference or hearing dates set before Magistrate Judge Bencivengo, if any, are **VACATED** and will be rescheduled before Magistrate Judge Gallo. Any dates set before any district judge remain unchanged.

| Case No. | Title |
|---|---|
| 09cv1478-LAB (CAB) | Mednansky v. Metz |
| 09cv2134-JM (CAB) | Adatto v. So. Cal. Edison Long Term Disability Plan |
| 09cv256-DMS (CAB) | Tobin v. BC Bancorp |
| 09cv400-L (CAB) | Gonzalez v. LaHood |
| 09cv1314-JM (CAB) | Collins v. Nationapointe Loan Services |

| | | |
|---|---|---|
| 1 | 09cv2278-W (CAB) | USA v. $500,911 |
| 2 | 09cv1499-L (CAB) | Ryan v. Geren, et. al. |
| 3 | 09cv1367-JAH (CAB) | Huntington v. National City Mortgage, et. al. |
| 4 | 09cv1995-JAH (CAB) | Bellows v. Hunt and Henriques |
| 5 | 09cv2055-W (CAB) | Hammond, et. al. v. Monarch Investors, LLC, et. al. |
| 6 | 09cv2275-W (CAB) | City of San Diego v. Nat'l Steel & Shipbuilding Co. et. al. |
| 7 | 09cv1997-BTM (CAB) | Westcore Rosecrans, LLC v. Wood, et. al. |

DATED: November 19, 2009

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge

2