Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**HYDE & SWIGART**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone:  (619) 233-7770
Facsimile:   (619) 297-1022

Attorneys for the Plaintiff
Douglas E. Bellows

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOUGLAS E. BELLOWS**, <br><br> PLAINTIFF, <br> v. <br><br> **HUNT AND HENRIQUES** <br><br> DEFENDANT. | CASE NO.: 09-CV-1995 JAH(CAB) <br><br> **JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE** <br><br> **HON. JOHN A. HOUSTON** |

Plaintiff DOUGLAS E. BELLOWS (hereinafter "Plaintiff") and Defendant, HUNT AND HENRIQUES (hereinafter "Defendant"), (all jointly hereinafter referred to as "Parties"), hereby move to dismiss the entire action with prejudice pursuant to rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. All Parties shall bear their own attorney's fees and costs.

Dated: July 16, 2009          **HYDE & SWIGART**

                              _s/Joshua B. Swigart_____
                              Joshua B. Swigart
                              Attorneys for the Plaintiff

Dated: July 16, 2009          **SIMMONDS & NARITA LLP**

                              _s/Michael R. Simmonds___
                              Michael R. Simmonds
                              Attorney for Defendant