# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOUGLAS E. BELLOWS**<br><br>Plaintiff,<br><br>v.<br><br>**HUNT AND HENRIQUES**,<br><br>Defendant. | Case No.: 09-CV-1995 JAH(CAB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the joint motion of the parties and good cause appearing, the joint motion to dismiss entire action with prejudice is GRANTED.

IIT IS HEREBY ORDERED THAT the Complaint is dismissed with prejudice pursuant to section 41(a)(1)(ii) of the Federal Rules of Civil Procedure. All parties shall bear their own attorney's fees and costs.

IT IS SO ORDERED.

Dated: February 5, 2010

_____
HON. JOHN A. HOUSTON
U.S. DISTRICT JUDGE